# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 67 WM 2014 |
| | : |
| Respondent | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| ANTONELLO BOLDRINI, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of November, 2014, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc Pro Tunc</u> is **DENIED**.